No. 696, Misc.   ODES v. CIVIL SERVICE COMMISSION OF THE CITY OF CHICAGO ET AL., *ante,* p. 945; and

No. 698, Misc.   JOHNSON v. CALIFORNIA, *ante,* p. 945. Petitions for rehearing denied.

No. 86, Misc.   BATES ET AL. v. NELSON, WARDEN, *ante,* p. 16; and

No. 132, Misc.   CERDA v. UNITED STATES, *ante,* p. 872. Motions for leave to file petitions for rehearing denied.

JANUARY 10, 1969.

No. 1159, Misc.   SMALLS v. IVES, HIGHWAY COMMISSIONER OF CONNECTICUT.   Appeal from D. C. Conn. Appeal dismissed pursuant to Rule 60 of the Rules of this Court.   *Bernard D. Fischman* for appellant.   *Robert K. Killian,* Attorney General of Connecticut, and *Jack Rubin* and *Clement J. Kichuk,* Assistant Attorneys General, for appellee.

JANUARY 13, 1969.

No. 480.   BLASIUS v. UNITED STATES.   C. A. 2d Cir. [Certiorari granted, *ante,* p. 950.]   Writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *Peyton Ford* and *Harry Grossman* for petitioner.   *Solicitor General Griswold* for the United States.   *Donald R. Dunner* for American Patent Law Assn. et al., as *amici curiae.*

No. 216.   MARTONE v. MORGAN ET AL., *ante,* p. 12. Motion to consolidate this case with No. 548 [*ante,* p. 975] denied.   *J. Minos Simon* on the motion.